## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAS RODRIGUEZ, | : | |
| Petitioner | : | |
| | : | No.  1:23-cv-00352 |
| v. | : | |
| | : | (Judge Rambo) |
| HERMAN QUAY, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 7th day of June 2023, upon consideration of pro se Petitioner Isaias Rodriguez ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1.  The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE as moot**; and

2.  The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge